**IN THE UNITED STATES DISCTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| JON MICHAEL VITALE,<br><br>    Plaintiff,<br><br>vs.<br><br>MIMEDX GROUP, INC., PARKER H. PETIT, and WILLIAM C. TAYLOR,<br><br>    Defendant. | Civil Action No.:<br>**3:19-cv-00529-RBH**<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Jill A. Evert of Littler Mendelson, P.C., hereby enters an appearance as counsel for the Defendant Mimedx Group, Inc. in the above-captioned matter. Please include the undersigned on all future pleadings, motions, notices, orders, and correspondence using the address below.

   Respectfully submitted,

   LITTLER MENDELSON, P.C.

   /s/ *Jill A. Evert*
   Jill A. Evert
   Bar No. 13058
   E-Mail: JEvert@littler.com
   110 E. Court Street, Suite 201
   Greenville, SC 29601
   (864) 775.3193

   *Attorneys for Defendant Mimedx Group, Inc.*

June 18, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to the following:

James Paul Porter
CROMER BABB PORTER and HICKS
Post Office Box 11675
Columbia, SC 29211-1675
paul@cbphlaw.com
*Attorney for Plaintiff Jon Michael Vitale*

William D. Weinreb (*Pro Hac Vice*)
Michael T. Packard (*Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN
111 Huntington Avenue, Suite 520
Boston, MA 02199
*billweinreb@quinnemanuel.com*
*michaelpackard@quinnemanuel.com*

Beth Burke Richardson
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street,
Columbia, SC 29211
brichardson@robinsongray.com
*Attorneys for Defendants Parker H. Petit and William C. Taylor*

s/ *Jill A. Evert*
Jill A. Evert
Bar No.:  13058
LITTLER MENDELSON, P.C.
110 E. Court Street, Suite 201
Greenville, SC 29601
Telephone:  (864) 775-3193
Email: JEvert@littler.com