# EXHIBIT A

## AFFIDAVIT OF BRYAN SIZEMORE

COUNTY OF GUILFORD

STATE OF NORTH CAROLINA

I, Bryan Sizemore, state the following under the penalty of perjury:

1. My name is Bryan Sizemore. I am over the age of 18, and I am competent to execute this Affidavit. I have personal knowledge of the facts contained herein. I would provide competent testimony to the matters stated in this Affidavit if called upon to do so.

2. I am the Chief Financial Officer of Box-Board Products, Inc. ("Box-Board"). Box-Board is headquartered in Greensboro, North Carolina.

3. In or around December 2016, Box-Board was expecting to receive a package containing a power cable, which it did not receive. Instead, Box-Board received a package containing MiMedx tissues that had been misdelivered by UPS to Box-Board. At that time, Box-Board opened the box and realized that the products in it were not Box-Board's. Box-Board did not reach out to MiMedx at that time.

4. In or around April 2017, I informed MiMedx Group, Inc. ("MiMedx") that Box-Board was in possession of the package containing MiMedx tissues that had been misdelivered by UPS. I asked for further instruction on how to return the package to MiMedx. Prior to contacting MiMedx, the package was stationary at Box-Board headquarters for some time.

5. On or about April 10, 2017, I spoke with Jeff Garrett of MiMedx. Mr. Garrett provided a FedEx return shipping label so that the package containing MiMedx tissues would be promptly returned. I followed the instructions for returning the package containing MiMedx tissues.

6. As far as I am aware, the package was returned to MiMedx. On or about April 13, 2017, Mr. Garrett confirmed via email that MiMedx received the package.

Further affiant sayeth not, this 8TH day of January, 2019.

_____
BRYAN SIZEMORE

Sworn to and subscribed before me this 8th day of January, 2019.

_____
Notary Public

My commission expires:
Sept 5, 2021

Catherine May Teague
NOTARY PUBLIC
Randolph County, NC
My Commission Expires September 5, 2021

2