# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Jon Michael Vitale,<br><br>               Plaintiff,<br><br>v.<br><br>MiMedx Group, Inc., Parker H. Petit, and William C. Taylor,<br><br>               Defendants. | C/A No.: 3:19-cv-00529-RBH<br><br>**ORDER<br>REGARDING DISCOVERY** |

Having reviewed the Joint Consent Motion Regarding Discovery, it is hereby ORDERED that, for reasons stated therein, the Motion is GRANTED. Accordingly, Defendants Parker H. Petit and William C. Taylor are excused from the discovery process outlined in the Conference and Scheduling Order issued on August 27, 2019, pending a decision on their motion to dismiss (Dkt. 20). If the Court denies the motion, the parties shall jointly propose, and the Court shall issue, a revised scheduling order that includes dates applicable to Defendants Petit and Taylor.

September 5, 2019                                                      s/R. Bryan Harwell
Florence, South Carolina                                 R. Bryan Harwell
                                                                       Chief United States District Judge